**FILED**

AUG 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANTEC, INC.

              Plaintiff(s),

v.

COOLERGUYS.COM, INC., a Nevada corporation d/b/a PCTOYS; PC DIRECT INC., a Minnesota corporation d/b/a MODWARE; MICROSELL, INC., a Minnesota corporation d/b/a MODWARE,

              Defendant(s).

No. C 04-3555 MHP

**ORDER DISMISSING ACTION**

The parties to this action having entered into settlement agreements and/or consent judgments and dismissals having been entered as to the remaining defendant(s), and there being no pending claims outstanding, this action is hereby DISMISSED in its entirety in accordance with the documents filed herein bearing docket ##12, 14, 15 and 15.

The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: August 12, 2005

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California